MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
JUSTIN L. MARTIN, MO 62255
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (206) 615-3735
      E-Mail: justin.l.martin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BRADLEY L. BRIDGES,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 2:24-cv-03487-CKD<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE THE ELECTRONIC CERTIFIED ADMINISTRATIVE RECORD AS THE ANSWER TO PLAINTIFF'S COMPLAINT |

    Pending the Court's approval, the parties stipulate through their respective counsel that Defendant, the Commissioner of Social Security (the "Commissioner"), shall have a forty-five-day extension of time to respond to Plaintiff's Complaint in this case from February 18, 2025, up to and including April 4, 2025. In support of this request, the Commissioner respectfully states as follows:

    1. Defendant's response to Plaintiff's Complaint is due to be filed by February 18, 2025.

Defendant has not previously requested an extension of this deadline.

2. In accordance with the Federal Rules of Civil Procedures, recently amended to add Supplemental Rules for Social Security review cases under 42 U.S.C. § 405(g), the Commissioner files a certified administrative record (CAR) as the Answer to a Complaint for review.

3. Counsel for the Commissioner has been informed by the client agency, which is the Social Security Administration, Office of Appellate Operations, that the CAR is not fully prepared in this matter. The client agency therefore needs more time to prepare the CAR for the Court's review.

4. For this reason, Defendant requests an extension to April 4, 2025 (45 days), to file an Answer or other response in this matter.

5. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that he has no objection to this extension request.

6. This request is made in good faith and is not intended to delay the proceedings in this matter.

7. I am attempting to preserve limited judicial resources and have applied the most rapid response under the circumstances.

WHEREFORE, Defendant requests until April 4, 2025, to respond to Plaintiff's Complaint.

///

                                        Respectfully submitted,

DATE: February 24, 2025

                                        */s/ Jesse S. Kaplan\**
                                        JESSE S. KAPLAN
                                        Attorney for Plaintiff
                                        (\*as authorized via email on February 12, 2025)

                                        MICHELE BECKWITH
                                        Acting United States Attorney

                                        MATHEW W. PILE
                                        Associate General Counsel
                                        Office of Program Litigation, Office 7
                                        Social Security Administration

DATE: February 24, 2025        By    *s/ Justin L. Martin*
                                        JUSTIN L. MARTIN
                                        Special Assistant United States Attorney

                                        Attorneys for Defendant

                                        ORDER

Pursuant to stipulation, it is so ordered.

Dated: February 24, 2025

                                        _____
                                        CAROLYN K. DELANEY
                                        UNITED STATES MAGISTRATE JUDGE