JESSE S. KAPLAN    CSB#103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
916/488-3030
916/489-9297 fax

Attorney for Plaintiff
BRADLEY BRIDGES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| BRADLEY BRIDGES, | No.   2:24-cv-03487-CKD |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to May 12, 2025.

This is a first extension. Plaintiff's counsel must space out three district court motions for summary judgment in Social Security cases where the record was filed within days of each other and also complete a Ninth Circuit reply brief.

Dated:  April 14, 2025  /s/   *Jesse S. Kaplan*
JESSE S. KAPLAN
Attorney for Plaintiff

Dated:  April 15, 2025   */s/ per e-mail authorization*
JUSTIN L. MARTIN
Special Assistant U.S. Attorney
Attorney for Defendant

## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file plaintiff's motion for summary judgment is extended to May 12, 2025.

SO ORDERED.

Dated:  April 16, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE