**JESSE S. KAPLAN    CSB#103726**
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
916/488-3030
916/489-9297 fax

**Attorney for Plaintiff**
**BRADLEY BRIDGES**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **BRADLEY BRIDGES,** | No.   2:24-cv-03487-CKD |
| Plaintiff, | |
| | STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF |
| v. | |
| **COMMISSIONER OF SOCIAL SECURITY,** | |
| Defendant. | |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply brief is extended to July 8, 2025.

    This is a first extension regarding this reply brief, of about two-and-a-half weeks. Plaintiff's counsel must complete other federal court briefing and has hearings in other Social Security cases.

| | |
|---|---|
| Dated:   June 19, 2025 | /s/    *Jesse S. Kaplan* <br> JESSE S. KAPLAN <br> Attorney for Plaintiff |
| Dated:   June 20, 2025 |   /s/ per e-mail authorization <br><br> ERIN JURRENS <br> Special Assistant U.S. Attorney <br> Attorney for Defendant |

**ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file plaintiff's reply brief is extended to July 8, 2025.

SO ORDERED.

Dated:  June 23, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE